

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2022

No. 04-22-00330-CV

**IN THE INTEREST OF L.G.D. AND R.O.B**, Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00769
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

 This is an accelerated appeal of the trial court's order terminating appellants' parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notices of appeal were filed. *Id.*

 The brief of appellant N.D. was originally due to be filed on July 5, 2022. On July 25, 2022, appellant N.D. filed a motion for a second extension of time to file her brief. We GRANT the motion and ORDER that appellant N.D.'s brief must be filed no later than **August 4, 2022.** Given the time constraints governing the disposition of this appeal, **<u>no further extensions of time will be allowed.</u>**

 It is so **ORDERED** on August 1, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT